UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                      :

A.D.R.S., *a minor, by and through her next friend,*
*Hannah Flamm*,

                         *Petitioner-Plaintiff*,   :       20-CV-3685 (JMF)

                -v-                  :          ORDER

WILLIAM P. BARR, *in his official capacity as Attorney*
*General of the United States*, et al.

                      *Respondents-Defendants*.   :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties in this action have conferred and agree upon the following terms:

1. The Ex Parte Temporary Restraining Order entered by Chief Judge McMahon on May 11, 2020, ECF No. 5, is hereby VACATED.

2. Petitioner's removal from the United States is administratively stayed pending adjudication of this action.

3. Petitioner shall not be moved from her current placement at Abbott House pending adjudication of this action, except that Respondents are authorized to move and release Petitioner to an approved sponsor.

4. Petitioner shall file an amended pleading, if any, along with any supporting materials no later than June 1, 2020.

5. Respondents shall file any responsive submission no later than July 1, 2020.

6. Petitioner shall file any reply submission no later than July 15, 2020.

7. The parties shall meet and confer regarding procedures for adjudication of this action and shall submit a joint letter to the Court by June 8, 2020.

      SO ORDERED.

                                          _____

Dated: May 18, 2020
       New York, New York                       JESSE M. FURMAN
                                          United States District Judge