UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
A.D.R.S., *minor, by and through her next friend, Hannah* : 
*Flamm*, :
:
                           Plaintiff, :        20-CV-3685 (JMF)
:
          -v-                            :           ORDER
:
WILLIAM P. BARR, *in his official capacity as Attorney* :
*General of the United States*, et al., :
:
                       Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       No later than **July 15, 2020**, Petitioner shall file, in a single consolidated memorandum of law, any reply in further support of the petition and any opposition to Respondents' motion to dismiss. Respondents shall file any reply in further support of their motion to dismiss no later than **July 22, 2020**.

       SO ORDERED.

Dated: July 2, 2020
       New York, New York
                                                        JESSE M. FURMAN
                                                         United States District Judge