UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.D.R.S., a minor, by and through her next friend Hannah FLAMM,

      *Petitioner-Plaintiff*,

v.

William P. BARR, in his official capacity as Attorney General of the United States, et al.,

      *Respondents-Defendants.*

Civil Action No. 20-CV-3685 (JMF)

---

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Johan Tatoy, and subject to the approval of the Court, Johan Tatoy hereby withdraws as counsel for A.D.R.S. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Farrah R. Berse of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent A.D.R.S. in this proceeding.

Dated: New York, New York
       August 6, 2020

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

_____
Johan Tatoy
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3830
jtatoy@paulweiss.com

SO ORDERED:
_____
August 7, 2020