UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
     :
A.D.R.S., a minor, by and through her next friend,  :
HANNAH FLAMM,     :
     :
                     Petitioner,  :       20-CV-3685 (JMF)
     :
   -v-     :       ORDER
     :
MONTY WILKINSON, in his official capacity as Acting  :
Attorney General of the United States, et al.,     :
     :
                     Respondents.  :
     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Respondents' motion to dismiss A.D.R.S.'s petition for a writ of habeas corpus, ECF No. 37, is currently under advisement. Before ruling on the motion, the Court wishes to confirm that Respondents' position — with respect to the petition and, more broadly, A.D.R.S.'s case — remains the same in light of the recent change in Administration and the corresponding changes in immigration policy and enforcement priorities. To that end, counsel for Respondents shall confer with counsel for A.D.R.S. and, no later than **February 16, 2021**, file a letter indicating whether Respondents' position remains the same. If their position remains the same, the Court will resolve the pending motion in due course; if it does not, counsel shall indicate in the letter their views on how the Court should proceed.

     In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to substitute Acting Attorney General Monty Wilkinson for Attorney General William Barr as Respondent and to update the docket accordingly.

     SO ORDERED.

Dated: February 1, 2021         _____
       New York, New York             JESSE M. FURMAN
                     United States District Judge