UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
A.D.R.S.,                                                         :
:
Petitioner,                            :
:      20-CV-3685 (JMF)
-v-                                                :
:           ORDER
MONTY WILKINSON, et al.,                           :
:
Respondents.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Upon review of the parties' joint letter at ECF No. 62, the Court is tentatively inclined to grant Plaintiff's request for a stay. The Court will hold a telephone conference to address the request for a stay, and whether or when supplemental briefing would be appropriate, **tomorrow, February 24, 2021**, at **2:30 p.m.** The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

     Counsel should review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. As stated in Rule 2(C)(ii), **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

     SO ORDERED.

Dated: February 23, 2021
      New York, New York

                                                   JESSE M. FURMAN
                                                United States District Judge